IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ANGELA DAWN MOODY                                                                    PLAINTIFF

V.                                                         CIVIL ACTION NO: 1:14CV197-NBB-DAS

LOWNDES COUNTY, MISSISSIPPI;
TONY COOPER, in His Individual Capacity;
and SCOTT FARRELL, in His Individual Capacity                                DEFENDANTS

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motions for summary judgment are **GRANTED**. This case is hereby **DISMISSED** with prejudice and closed.

This, the 22nd day of September, 2016.

                                             /s/ Neal Biggers
                                             **NEAL B. BIGGERS, JR.**
                                             **UNITED STATES DISTRICT JUDGE**